**Christina L. Chambers**



Docket + file

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/19

June 9, 2019

Honorable Sidney H. Stein
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 23A
New York, New York 10007-1312

Re: United States of America v. David Villanueva; Docket No.: 16 Cr. 342

Your Honor:

I am writing in regards to the sentencing of Mr. David Villanueva.   He is
scheduled to be sentenced before the Court on June 12, 2019.

I have known David Villanueva for more than 10 years.  Until the time he entered
into a criminal conspiracy enterprise with Alex "Shaya" Lichtenstein (and others)
in approximately 2013, he was a fine police officer and a close personal friend to
my husband and me.  We spent time with him and his first wife, Angelica.  After
the breakup of that marriage, we also spent time with him and his second wife,
Jessica - before they were married.   We spent time at his house in Valley
Stream, New York, celebrating such family events as birthdays and First
Communions.

When I learned of the date he began taking large cash sums in exchange for the
selling of handgun licenses out of his "office" at NYC Police Headquarters, I was
not surprised.  As it was at the start of this criminal enterprise David Villanueva
changed dramatically.

Money and greed changed his entire persona.

My husband and I were invited to his second wedding celebration, being told to
"save the date," and, "you're the first to know!" a FULL year and a half before it
was scheduled to take place.  He told us we were the first to know because he
"loved us so much."

Page 1 of 6

As the date drew near, and no invitation had shown up, he kept giving my husband excuses - finalizing the guest list, problems with the printer, Jess has just been so busy, etc., etc., etc.

FOUR days before the wedding, my husband texted him to get the where and when for the ceremony. David texted him back with, "Sorry, but I have to disinvite you..." giving some inane and illogical excuse that made no sense.

My husband was DEVASTATED - as he considered David to be his best friend. We were both very upset.

Then later, we found out one of the main players in his bribery scheme was there. A man who had given him lavish and extravagant all-expense-paid vacations to exotic places (in fact, paid for AND ALSO ACCOMPANIED the newlyweds on a 2 week honeymoon to Hawaii) in exchange for gun licenses[1].

My husband was a first deeply hurt - then he became justifiably angry. After all, what kind of friend does that? After a few days' thought, he made the decision to cut David completely out of our lives. My husband would not communicate with him on ANY level. He would not even deal with David Villanueva at the Pistol License Division from September 29, 2015 until David Villanueva was arrested in the middle of the Pistol License Division at NYPD Police Headquarters in June of 2016 - a full 9 months later.

This is significant as it demonstrates that my husband truly never needed David Villanueva, despite his position as the head of the Incident Section, for anything. They were friends, and he valued this, but he did not have to deal with David Villanueva at the Pistol License Division - he had the Commanding Officer, Michael Endall, as well as SIXTY-THREE others to assist with the case of any client who had dealings with the License Division to go to.

Unfortunately, neither the Commanding Officer nor anyone working at the License Division would agree to testify for my husband - for fear of reprisal (dismissal, transfer, possible prosecution) from the License Division and/or the

---

[1] My husband gave him gifts as well, but out of friendship and nothing else. What never came out a his trial was the fact that the watch given to David Villanueva was a "distressed asset" acquired by the client for less than $600 and given to my husband for free. The watch, in turn, was given to David Villanueva to "mend fences," because Villanueva was furious with my husband for going "above his head" to the Commanding Officer, to plead his client's case with the CO, after which, because the client was a 20 year licensee, who had never been arrested, who had never before or since this incident had any domestic dispute or accusation from the soon to be ex-wife (who was alleging to gain the upper hand in a pending divorce), approved 2 cancellations and 2 continuations for this client. David Villanueva's fury at this "overreach" was ridiculous, as my husband always met with the C.O., who was the ultimate arbiter of all matters - he had no need for David Villanueva in order to advocate for his clients. My husband could not remember why he had given the watch to David Villanueva until emails were released by the prosecutor.

Federal Government.  This includes the client who had given my husband the watch.  This client was flat out told that if he testified on my husband's behalf, he would also be charged.

David Villanueva didn't care.  He was raking it in - the friendship didn't matter. All that mattered was the thousands of dollars he was making selling gun permits.

David Villanueva only decided to use my husband as a "get out of jail card" during his FOURTH meeting with the FBI and US Attorney's Office, in his desperate desire to acquire a cooperation agreement[2].  He knew full well that there was nothing nefarious or criminal between them.  That's why it took hours and hours of separate meetings before my husband's name ever came up.

The man that stands before this honorable Court shows remorsefulness ONLY as a means by which to secure a lighter sentence.

In reality, he walks around with the attitude that he did nothing wrong.

He seems to be under the misconception that any light sentence he gets is a result of the Court's acknowledgment that is is "innocent."

It's clear from the letters to this honorable Court that he has few friends, since the preponderance of these letters are from relatives.

Everything this Court, and others in the system, see of David Villanueva is contrived and controlled.  He is both a pathological liar and a manipulator.

David Villanueva's crimes include selling a pistol license to a **convicted felon**. The aforementioned convicted felon, even with a gun license issued by the NYPD pursuant to NYS law, would have been blocked from being able to buy a gun.   This block would have occurred after an FBI NICS check at point of purchase.

However, the now disgraced former NYPD Sergeant Villanueva devised a criminal scheme to bypass BOTH federal law as well as the NYS SAFE Act.

He issued handgun licenses to both the convicted felon and his brother, a non-felon.

After which David Villanueva then issued to the **non-felon licensee only** 2 Purchase Authorizations for 2 guns.

---

[2]When challenged at my husband's trial, he testified that he believed he faced a possible 50 year sentence.  When asked what he thought he would receive after his testimony, he said, "No jail time."

The non-felon brother bought the 2 guns, passing **his** FBI NICS check with flying colors.

Then, internally, through the NYPD Pistol License Division's computer system, Villanueva transferred one of the guns from the non-felon brother's license to that of the felon brother. Thereby by-passing and violating not only the Federal law prohibiting gun ownership by a convicted felon, but also violating provisions of the NYS SAFE Act.

An FBI NICS check would have been done on the felon when the gun was purchased. This was avoided since David Villanueva, as a NYPD Sergeant, gave this man's non-felon brother the Purchase Authorizations.

Another NICS check was required at the transfer of the weapon between the 2 brothers. As the NYS SAFE Act requires all but "**immediate family**" to undergo a NICS background check when transferring handguns.   Brothers are not considered "immediate family" under the aforementioned state statute.

David Villanueva admitted these criminal actions during his sworn testimony at my husband's trial in April, 2018.

These acts show a complete wanton and reckless disregard for both the law and for the public safety.

Having hatched a devious and criminal plot to thwart the FBI, and NYS, the Federal law and the NYS statute, David Villanueva put a gun in the hands of a convicted felon for MONEY.

How many more could there be?  This demonstrates that David Villanueva has no regard for anybody but himself. Not his children by his first marriage. Not his children by his second marriage. Not for his aging parents. Not for any other friend or member of his family. Not for the general public. Not for society as a whole.

Not for his sworn oath as a Police Officer.

In David Villanueva's Memorandum in Aid of Sentencing, it is astoundingly said,

"[...Mr. Villanueva was an exemplary witness, spending hundreds of hours attending dozens of meetings in an effort to atone for his crime.....]" to which one can justifiably demand an answer to the question, how many lives have been destroyed by his actions?

Included among his victims my husband, who I believe was wrongly convicted on the numerous lies by David Villanueva, this now oath breaking sergeant took cash which **armed a felon**. There was never an allegation against my husband that any client of his was a convicted felon. Over the 32 years he practiced in 2nd Amendment issues, the handful of felons we assisted were issued Certificates of Relief from Civil Disabilities, from either the Court or the BATFE, which only lifts the bar against application, leaving the applicant to go through the grueling process that is application, often ending at minimum in administrative appeal before the agency, if not in NYS Supreme Court.

Your Honor, greed is defined as a "selfish desire beyond reason[3]."

David Villanueva, who at his desk in Police Headquarters, took newpapers folded around cash as payment for gun licenses, should not be now allowed to evade incarceration for his outrageous crimes against society.

Any self-serving assistance - certainly not arising out of any wish to "right his wrongs and make amends for his criminal behavior" per the aforementioned Memorandum - provided to the government does not change the fact that his criminal activities placed deadly weapons in the hands of anyone willing to pony up the cash - even those with felony convictions.

I reiterate, he dishonored his sworn oath and the badge.  His criminal actions rise far above the standard that would be faced by John Q. Public, who is not held to a higher standard of morality than was David Villanueva.

Instead of protecting the public, as the rest of New York's Finest do each and every day, David Villanueva's actions could have resulted in grievous bodily harm or death of innocent members of the public.

He issued gun licenses like it was Hallowe'en and he was giving out candy - without regard to who was on the receiving end of these deadly weapons.

He thought nothing of the potential consequences of his actions.  He believes that he is untouchable and he will not, and does not, truly take responsibility for his behavior, instead mouthing the words in an effort to persuade your Honor.

He needs to know there are consequences for bad decisions made - he needs to know that what he did was beyond serious.

This disgraced member of the service needs to pay for his crimes.  Otherwise, it sends a direct message to others that, as long as you can give the government/

---

[3] Webster's All-In-One Dictionary and Thesaurus, Second Edition, Page 287

prosecution information on your co-conspirators you can get away with anything and never see the inside of a prison.

Your Honor, I respectfully submit this for your consideration.

Thank you.

Very truly yours,

*Christina L. Chambers*

Christina L. Chambers